# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144517(88)(89)

NIGHTWATCH CAPITAL GROUP,
L.L.C.,

    Plaintiff-Appellee,

v

QUESTOR MANAGEMENT COMPANY,
L.L.C., et al.,

    Defendants-Appellants.

SC:   144517
CoA   299378
Oakland CC: 08-096312-CZ

_____

       On order of the Chief Justice, motions for the temporary admission to practice of Lawrence J. Fox and Charles J. Vinicombe are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

_____
Clerk